IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN FERENC,
    Plaintiff,

vs.                                  Case No.: 3:04cv455/MCR/EMT

OFFICER BRIAN MCBROOM,
SGT. MCLAIN,
    Defendants.

## REPORT AND RECOMMENDATION

       This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983 (Doc. 1).

       On February 24, 2005 this court entered an order (Doc. 10) directing Plaintiff to file a second amended complaint within thirty (30) days.  Plaintiff failed to respond to the order, therefore, on March 30, 2005, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 11).  The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

       Accordingly, it is respectfully **RECOMMENDED**:

       That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

       At Pensacola, Florida, this 26th day of April, 2005.

                         /s/ *Elizabeth M. Timothy*
                         **ELIZABETH M. TIMOTHY**
                         **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).