**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JOHN FERENC,
    Plaintiff,

vs.                        Case No.: 3:04cv455/MCR/EMT

OFFICER BRIAN MCBROOM,
SGT. MCLAIN,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 26, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

    **DONE AND ORDERED** this 1st day of June, 2005.


                        *s/ M. Casey Rodgers*
                        **M. CASEY RODGERS
                        UNITED STATES DISTRICT JUDGE**